**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN THE MATTER OF | § |
| IMMIGRATION HABEAS CASES | § |
| ASSIGNED TO U.S. DISTRICT JUDGE | § |
| XAVIER RODRIGUEZ | § |

## ORDER FOR OMNIBUS ADVISORY

On this date, the Court considered the status of the immigration habeas cases attached to this order as Appendix A.

Based on the Fifth Circuit's ruling in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (July 2, 2026), the Court **ORDERS** the U.S. Attorney's Office to file an omnibus advisory as to the cases listed in Appendix A **by no later than July 15, 2026**, whether or not the Court has previously ordered service in those cases.

The Government is **DIRECTED** to file an advisory identifying:

1. Whether any Petitioner (and their cause number) has been released from detention or removed from the United States; and

2. All Petitioners (and their cause numbers) who are subject to release under *Sosnava Rodriguez* because he or she has been detained under Section 1225(b)(2)(A) without an individualized bond hearing for at least 90 days, and is not held under Section 1226(c) or under any other statutory provision requiring detention without bond.

The Government is **DIRECTED** to file the omnibus advisory on the docket of each case that meets the above conditions.

It is so **ORDERED**.

**SIGNED** this 7th day of July, 2026.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

**APPENDIX A**

1.  1:26-cv-01335-XR Arreola Herrera v. Vergara et al
2.  1:26-cv-01537-XR Reyes Blanco v. Vergara et al
3.  1:26-cv-01573-XR Chi Ricopa v. Ortega et al
4.  1:26-cv-01576-XR Martinez Lara v. Vergara et al
5.  1:26-cv-01590-XR Shelton Cervino v. Blanche et al
6.  1:26-cv-01606-XR Eleria Zaragoza v. Vergara et al
7.  1:26-cv-01614-XR Duran Camacho v. Ortega et al
8.  1:26-cv-01653-XR Lopez Balderas v. Collins et al
9.  1:26-cv-01718-XR Garcia Ovalle v. Vergara et al
10. 1:26-cv-01741-XR Garcia v. Collins
11. 5:25-cv-01566-XR Eduardo Xavier Jimbo Mendez v. Warden, South Texas Detention Facility
12. 5:25-cv-01727-XR Jbala v. Castro et al
13. 5:25-cv-01774-XR Barreto-Santamaria v. Field Office Director et al
14. 5:26-cv-00377-XR Hassan Djimo v. ICE
15. 5:26-cv-00392-XR Elhassan v. Warden, STIPC et al
16. 5:26-cv-00396-XR Garcia-Delgado v. Thompson
17. 5:26-cv-00474-XR Pereza Salas v. Thompson et al
18. 5:26-cv-00482-XR Alaa-Aldeen v. Bondi et al
19. 5:26-cv-00597-XR Galvez Castillo v. Bondi et al
20. 5:26-cv-00602-XR CEBALLOS HERNANDEZ v. Bondi et al
21. 5:26-cv-00620-XR GHAMOUSHI-RAMANDI v. Thompson et al
22. 5:26-cv-00628-XR Saavedra-Salazar v. Rodriguez Jr. et al
23. 5:26-cv-00636-XR RAMOS SANCHEZ v. Vergara et al
24. 5:26-cv-00661-XR Zhu Aiqing, mother and next friend and on behalf of W.J., a minor v. Facility Director, Compass Connections et al
25. 5:26-cv-00663-XR Cosmo Da Silva v. Noem et al
26. 5:26-cv-00753-XR ELHASSAN v. Bondi et al
27. 5:26-cv-00757-XR Flores Flores v. Homan et al
28. 5:26-cv-00759-XR Jaimes Moreno v. Rodriguez et al
29. 5:26-cv-00802-XR Santos-Romero v. Thompson et al
30. 5:26-cv-00832-XR Sanavria-Serrano v. Bondi et al
31. 5:26-cv-00838-XR CANO LORA v. Vergara et al
32. 5:26-cv-00880-XR Canales Melgar v. Department of Homeland Security et al
33. 5:26-cv-00890-XR Kapil KC v. Warden, South Texas ICE Processing Center
34. 5:26-cv-00936-XR Bonilla-Martinez v. Thompson
35. 5:26-cv-01006-XR Ballona Pinera v. Vergara et al
36. 5:26-cv-01014-XR Nejrabi v. Department of Homeland Security et al
37. 5:26-cv-01015-XR Nunez Carralero v. Warden, South Texas ICE Processing Center et al
38. 5:26-cv-01020-XR DA SILVA-DAVANCO v. VERGARA-LOPEZ et al
39. 5:26-cv-01042-XR WANG v. VERGARA-LOPEZ et al
40. 5:26-cv-01093-XR Koroma v. The Department of Homeland Sedcurity et al
41. 5:26-cv-01099-XR Mirzad v. Bondi et al
42. 5:26-cv-01100-XR Mendez v. McKee
43. 5:26-cv-01166-XR Barry v. Acting Director of ICE et al
44. 5:26-cv-01191-XR Gur v. Thompson et al
45. 5:26-cv-01197-XR Pan v. Vergara et al
46. 5:26-cv-01202-XR Chen v. Castro et al
47. 5:26-cv-01224-XR Guerrero Orrala v. Warden, South Texas Processing Center et al
48. 5:26-cv-01230-XR Elien v. Thompson et al

49.    5:26-cv-01235-XR CHOKORAIA v. NOEM et al
50.    5:26-cv-01239-XR Campos-Parodi v Ortega et al.
51.    5:26-cv-01259-XR Sasikumar v. Warden, South Texas ICE Processing Center et al
52.    5:26-cv-01285-XR Sigala Ramirez v. Mayorkas et al
53.    5:26-cv-01308-XR Mahari v. Bondi et al
54.    5:26-cv-01329-XR CUETARA PEREZ v. VERGARA-LOPEZ et al
55.    5:26-cv-01347-XR GUERRA ALFARO v. Thompson et al
56.    5:26-cv-01364-XR Fernandez v. Warden, Karnes County Immigration Processing Center et al
57.    5:26-cv-01370-XR Mei v. United States Attorney Western District of Texas et al
58.    5:26-cv-01383-XR Ahmadi v. Noem et al
59.    5:26-cv-01384-XR Vera Portillo v. Warden, Karnes County Immigration Processing Center et al
60.    5:26-cv-01387-XR Calderin Roca v. Noem et al
61.    5:26-cv-01406-XR Blanco Valido v. Warden, South Texas ICE Processing Center et al
62.    5:26-cv-01414-XR Sanchez Ramirez v. Thompson et al
63.    5:26-cv-01417-XR Acevedo Velez v. Warden, South Texas Detention Complex et al
64.    5:26-cv-01419-XR RUSHAN v. NOEM et al
65.    5:26-cv-01424-XR Dong v. U.S. Immigration and Customs Enforcement et al
66.    5:26-cv-01426-XR Carrizo Luengo v. United States Attorney Western District of Texas et al
67.    5:26-cv-01456-XR Marroquin Castaneda v. DHS et al
68.    5:26-cv-01502-XR Tress Zanatta v. Warden, South Texas Detention Complex
69.    5:26-cv-01510-XR Garcia Miranda v. Vergara et al
70.    5:26-cv-01513-XR Tavares v. VERGARA et al
71.    5:26-cv-01530-XR Renteria Mejia v. Noem et al
72.    5:26-cv-01538-XR Zeratsion v. The Department of Homeland Security et al
73.    5:26-cv-01548-XR Acevedo Velez v. South Texas Detention Complex et al
74.    5:26-cv-01563-XR Acevedo Velez v. South Texas Detention Facility
75.    5:26-cv-01569-XR SANCHEZ v. Thompson et al
76.    5:26-cv-01572-XR Rivera-Cuellar v. Vergara
77.    5:26-cv-01574-XR Tenezaca Quizhpi v. Bondi et al
78.    5:26-cv-01594-XR RUIZ CUEVAS v. Warden of the South Texas Detention Center et al
79.    5:26-cv-01622-XR Romero Rodriguez v. BONDI et al
80.    5:26-cv-01624-XR ORESTE v. BONDI et al
81.    5:26-cv-01654-XR Rivero v. U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations (ERO), San Antonio Field Office et al
82.    5:26-cv-01675-XR Fuentes v. DHS et al
83.    5:26-cv-01676-XR De La Vega Castellanos v. ICE et al
84.    5:26-cv-01695-XR ESMAEILY v. Vergara et al
85.    5:26-cv-01732-XR Salinas-Guevara v. BONDI et al
86.    5:26-cv-01734-XR ROJAS TAMAYO v. VERGARA et al
87.    5:26-cv-01735-XR Pourali v. Warden et al
88.    5:26-cv-01746-XR Mendoza Pilarte v. Noem et al
89.    5:26-cv-01776-XR Gusnay Pasaca v. U.S. Immigration and Customs Enforcement et al
90.    5:26-cv-01801-XR Torres-Orantes v. Vergara, et al
91.    5:26-cv-01804-XR Sanchez Nieto v. ORTEGA et al
92.    5:26-cv-01832-XR Romero Lara v. U.S. Immigration and Customs Enforcement
93.    5:26-cv-01835-XR Diaz-Soriano v. Karnes County Immigration Processing Center et al
94.    5:26-cv-01845-XR Aguilar-Quijano v. Bondi, et al.
95.    5:26-cv-01862-XR Camacho-Cruz v. DHS et al
96.    5:26-cv-01870-XR Rivera Maldonado v. Mayorkas et al
97.    5:26-cv-01872-XR Molina Diaz v. Warden, Karnes County Immigration Processing Center et al
98.    5:26-cv-01882-XR Mosqueda Lumpuy v. United States Attorney Western District of Texas et al

99.     5:26-cv-01884-XR Laines Ortiz v. NOEM et al
100.    5:26-cv-01902-XR Romero v. Vergara et al
101.    5:26-cv-01914-XR Beltran Martinez v. Bondi et al
102.    5:26-cv-01922-XR Salazar v. Lyons, et al
103.    5:26-cv-01928-XR Ortega Hernandez v. United States Attorney Western District of Texas et al
104.    5:26-cv-01947-XR Martinez Adame v. U.S. Immigration and Customs Enforcement et al
105.    5:26-cv-01954-XR Vidal v. Bondi et al
106.    5:26-cv-01956-XR Calixte v. U.S Department of Homeland Security et al
107.    5:26-cv-01959-XR Srimurugananthan v. Bondi et al
108.    5:26-cv-01965-XR Hernandez Aponte v. Secretary, U.S. Department of Homeland Security
109.    5:26-cv-01974-XR Nasfi-Barat v. Bondi et al
110.    5:26-cv-01975-XR Tran v. Bondi et al
111.    5:26-cv-01976-XR Palles Franco v. Warden, Karnes County Immigration Processing Center
112.    5:26-cv-01983-XR Diallo v. U.S Department of Homeland Security et al
113.    5:26-cv-01991-XR Azadmanjiri v. Attorney General of the United States et al
114.    5:26-cv-01993-XR Turcke Vera v. Mayorkas et al
115.    5:26-cv-02002-XR T.R. v. Thompson et al
116.    5:26-cv-02006-XR Rodriguez-Hernandez v. Warden, Karnes County, et al
117.    5:26-cv-02013-XR Asfour v. Thompson
118.    5:26-cv-02018-XR Moradi v. Warden, South Texas ICE Processing Center et al
119.    5:26-cv-02032-XR Abutaima v. U.S Department of Homeland Security et al
120.    5:26-cv-02033-XR Garaban v. DHS et al
121.    5:26-cv-02052-XR Vivas Diaz v. Warden, et al
122.    5:26-cv-02057-XR Adaralegbe v. Warden, South Texas ICE Processing Center et al
123.    5:26-cv-02081-XR Had v. Noem et al
124.    5:26-cv-02095-XR Similien v. Bondi, et al.
125.    5:26-cv-02112-XR Lemus Corrales v. Bondi, et al
126.    5:26-cv-02114-XR Almajdalawi v. NOEM et al
127.    5:26-cv-02116-XR Avila Segura v. Thompson, et al.
128.    5:26-cv-02117-XR Majipo-Pacaya v. BONDI et al
129.    5:26-cv-02129-XR Talha v. Bondi et al
130.    5:26-cv-02136-XR Yokarasa v. Bondi et al
131.    5:26-cv-02155-XR Luna Vazquez v. Mullin, et al.
132.    5:26-cv-02174-XR Perez Rambaut v. Thompson et al
133.    5:26-cv-02178-XR Polentino Vanegas v. Warden, Karnes County Immigration Processing Center et al
134.    5:26-cv-02216-XR Oviedo Gonzalez v. Thompson
135.    5:26-cv-02231-XR Akbulut v. Warden, Karnes County Immigration Processing Center, et al
136.    5:26-cv-02233-XR Asad v. Warden et al
137.    5:26-cv-02245-XR Castillo v. Attorney General of the United States et al
138.    5:26-cv-02258-XR Reyes Petit v. Mayorkas et al
139.    5:26-cv-02263-XR MENDEZ HERNANDEZ et al v. MULLIN et al
140.    5:26-cv-02282-XR Jimenez-Corniele v. U.S Department of Homeland Security et al
141.    5:26-cv-02284-XR Mohles Hamilton v. U.S Department of Homeland Security et al
142.    5:26-cv-02289-XR Moura Amaro v. Karnes County Immigration Processing Center et al
143.    5:26-cv-02342-XR Mejias Solano v. Pamela Bondi Attorney General of the United States In her Official Capacity as U. S. Attorney Genera et al
144.    5:26-cv-02352-XR Orellana Guzman v. Blanche et al
145.    5:26-cv-02384-XR Rivas Rojas v. Bondi et al
146.    5:26-cv-02401-XR Hernandez Murillo v. United States District Court et al
147.    5:26-cv-02407-XR HERNANDEZ CARBALLO et al v. Blanche et al

4

148. 5:26-cv-02411-XR Mora-Patino v. U.S. Attorney General et al
149. 5:26-cv-02442-XR Avila Prieto et al v. Mullin, et al
150. 5:26-cv-02451-XR Argueta Alvarado v. Bondi et al
151. 5:26-cv-02467-XR Farashi v. Warden, South Texas ICE Processing Center
152. 5:26-cv-02469-XR Valdes-Carreon v. Bondi et al
153. 5:26-cv-02528-XR Contreras-Chuecos v. U.S Department of Homeland Security et al
154. 5:26-cv-02545-XR Nezrabi v. Blanche, et al.
155. 5:26-cv-02550-XR MADUENO FUENMAYOR v. MULLIN, et al
156. 5:26-cv-02553-XR Ortiz Arellano v. Blanche et al
157. 5:26-cv-02560-XR Teran Villa v. Blanche et al
158. 5:26-cv-02561-XR HERNANDEZ TEJEDA v. Blanche et al
159. 5:26-cv-02568-XR Abdulrahimzai v. U.S. Department of Homeland Security et al
160. 5:26-cv-02601-XR Aguilar Perdomo v. Warden, South Texas Family Residential Center et al
161. 5:26-cv-02605-XR Rivera Sabillon v. Attorney General of the United States et al
162. 5:26-cv-02611-XR Blake-Garcia v. U.S. Department of Justice et al
163. 5:26-cv-02614-XR Masoud v. Attorney General of the United States et al
164. 5:26-cv-02625-XR Arbella v. Warden, Dilley Immigration Processing Center et al
165. 5:26-cv-02672-XR Perez v. Attorney General of the United States et al
166. 5:26-cv-02679-XR CHI v. VERGARA et al
167. 5:26-cv-02724-XR Constanza Lara et al v. Blanche et al
168. 5:26-cv-02729-XR Miyalou Kayankombonieme v. U.S. Department of Homeland Security et al
169. 5:26-cv-02738-XR Chihab v. Blanche et al
170. 5:26-cv-02775-XR Arab v. Warden, South Texas Immigration Processing Center et al
171. 5:26-cv-02790-XR Alcantara De Arno v. Warden, Karnes County Immigration Processing Center et al
172. 5:26-cv-02795-XR Vallecilla-Rodallega v. U.S. Department of Homeland Security et al
173. 5:26-cv-02806-XR Hernandez Ramirez v. Warden, South Texas ICE Processing Center et al
174. 5:26-cv-02812-XR Velazquez Hernandez v. Thompson, et al
175. 5:26-cv-02833-XR Trejo Gonzalez v. Lyons et.al
176. 5:26-cv-02862-XR Salazar Lucero v. Mullin et al
177. 5:26-cv-02864-XR Fuentes v. Warden, South Texas ICE Processing Center et al
178. 5:26-cv-02865-XR Vargas Cabrera v. Warden, South Texas Immigration Processing Center et al
179. 5:26-cv-02873-XR Tayo v. Attorney General of the United States et al
180. 5:26-cv-02891-XR Mondragon Luna v. Lyons, Acting Director of Immigration and Customs Enforcement et al
181. 5:26-cv-02916-XR Senan Gil v. Warden, Karnes County Immigration Processing Cente et al
182. 5:26-cv-02923-XR Mondragon Sanchez v. Lyons, Acting Director of Immigration and Customs Enforcement et al
183. 5:26-cv-02952-XR Cabrera Melendez v. Mullin, et al
184. 5:26-cv-02964-XR Ebadi v. Warden of South Texas Detention Facility
185. 5:26-cv-02974-XR Moreno-Ramos v. Thompson, et al
186. 5:26-cv-02990-XR Luna v. U.S Department of Homeland Security et al
187. 5:26-cv-02994-XR Ponce Quinones v. Warden, Karnes County Immigration Processing Center et al
188. 5:26-cv-02995-XR Semedov v. Blanche et al
189. 5:26-cv-02996-XR Franco-Matamoros v. Warden, Dilley Immigration Processing Center et al
190. 5:26-cv-03001-XR Teotonio-Aguiiar v. Warden, Dilley Immigration Processing Center et al
191. 5:26-cv-03003-XR Ramirez Veranes v. Attorney General of the United States et al
192. 5:26-cv-03009-XR Akinwale Olohun v. Warden, South Texas ICE Processing Center et al
193. 5:26-cv-03016-XR Castro Avila v. Blanche et al
194. 5:26-cv-03024-XR Balabaskaran v. Castro et al

5

195.   5:26-cv-03034-XR Renteria Torres v. United States Attonrey, Western District of Texas et al
196.   5:26-cv-03036-XR Perez Arreguin v. Attorney General of the United States et al
197.   5:26-cv-03055-XR Mezquita v. Warden, Karnes County Immigration Processing Center et al
198.   5:26-cv-03065-XR Kelvin v. Warden of South Texas Detention Center Complex, et al
199.   5:26-cv-03066-XR Tahmasebi v. Mullin, et al
200.   5:26-cv-03074-XR Garcia Jasso v. Dilley Immigration Processing Center et al
201.   5:26-cv-03080-XR Alvarez-Lemus v. Attorney General of the United States et al
202.   5:26-cv-03082-XR De Leon Reyes v. Thompson et al
203.   5:26-cv-03084-XR Perez Hernandez v. Mullin et al
204.   5:26-cv-03100-XR Estrada Pedroza v. Rodriguez Jr. et al
205.   5:26-cv-03102-XR Arjona Alarcon v. South Texas ICE Processing Center
206.   5:26-cv-03142-XR Rosales Guerra v. Blanche et al
207.   5:26-cv-03159-XR Flores Velasquez v. Warden, Karnes County Residential Center et al
208.   5:26-cv-03166-XR Bah v. U.S. Department of Homeland Security et al
209.   5:26-cv-03170-XR Martinez Gonzalez v. DHS et al
210.   5:26-cv-03192-XR Hidalgo v. Warden, Karnes County Immigration Processing Center et al
211.   5:26-cv-03225-XR Duenas v. Attorney General of the United States et al
212.   5:26-cv-03241-XR Zhan v. Warden South Texas ICE Processing Center et al
213.   5:26-cv-03244-XR Chavez Pezo v. South Texas Detention Facility
214.   5:26-cv-03246-XR Garcia Aguilar v. Vergara et al
215.   5:26-cv-03251-XR Ochoa Centeno v. U.S Department of Homeland Security et al
216.   5:26-cv-03256-XR Alvarez v. U.S. Immigration and Customs Enforcement et al
217.   5:26-cv-03266-XR Carvajal Yulden v. Lyons et al
218.   5:26-cv-03276-XR Orellana Osorio v. Mullin et al
219.   5:26-cv-03304-XR Avila Espinoza v. U.S. Immigration and Customs Enforcement et al
220.   5:26-cv-03310-XR Franco Diaz v. Blanche et al
221.   5:26-cv-03313-XR Gutierrez Sagastume v. Warden, South Texas Immigration Processing Center et al
222.   5:26-cv-03323-XR Pal v. Warden of the Karnes County Immigration Processing Center et al
223.   5:26-cv-03336-XR Pina-Espinosa v. Thompson et al
224.   5:26-cv-03350-XR Varela Quiroz v. Blanche et al
225.   5:26-cv-03366-XR Reyes Gomez v. Department of Homeland Security et al
226.   5:26-cv-03376-XR Ramirez Romero v. Warden, South Texas ICE Processing Center et al
227.   5:26-cv-03392-XR Chavarria Maldonado v. Mullin et al
228.   5:26-cv-03402-XR Da Silva Gomez v. Mullin et al
229.   5:26-cv-03416-XR Zuvieta Arvisu v. Vergara et al
230.   5:26-cv-03447-XR Esquivel v. U.S. Department of Homeland Security et al
231.   5:26-cv-03452-XR Rosenje v. Warden, South Texas ICE Processing Center et al
232.   5:26-cv-03454-XR Lopez Rivas v. U.S. Immigration and Customs Enforcement et al
233.   5:26-cv-03464-XR Lagos Hernandez v. Vergara et al
234.   5:26-cv-03477-XR Pavon-Torres v. Warden, South Texas Immigration Processing Center et al
235.   5:26-cv-03483-XR Ruan v. Vergara et al
236.   5:26-cv-03486-XR Palacio v. Blanche et al
237.   5:26-cv-03493-XR Ramos Baguide v. Warden, South Texas Immigration Processing Center et al
238.   5:26-cv-03497-XR Sepehri-Hassanzadeh v. U.S. Department of Homeland Security et al
239.   5:26-cv-03503-XR Fon v. Blanche et al
240.   5:26-cv-03512-XR Medina Aguino v. U.S. Immigration and Customs Enforcement et al
241.   5:26-cv-03514-XR Mejia Guardado v. Mullin et al
242.   5:26-cv-03521-XR Hassan v. Venturella et al
243.   5:26-cv-03524-XR ALMEIDA TASE v. WARDEN OF SOUTH TEXAS DETENTION FACILITY et al

244.    5:26-cv-03526-XR Arreola Orozco v. Blanche et al
245.    5:26-cv-03531-XR Perez-De Paz v. Vergara et al
246.    5:26-cv-03540-XR Bah v. Blanche et al
247.    5:26-cv-03546-XR Andino v. Attorney General of the United States et al
248.    5:26-cv-03548-XR Ruiz-Garcia v. Attorney General of the United States et al
249.    5:26-cv-03550-XR Chavez Moreno v. Attorney General of the United States et al
250.    5:26-cv-03561-XR Amin v. U.S. Department of Homeland Security et al
251.    5:26-cv-03564-XR Martin Garcia v. U.S. Immigration and Customs Enforcement et al
252.    5:26-cv-03569-XR Figueroa v. U.S. Immigration and Customs Enforcement et al
253.    5:26-cv-03574-XR Abdyldaev v. Thompson et al
254.    5:26-cv-03578-XR Espino Hernandez v. U.S. Immigration and Customs Enforcement et al
255.    5:26-cv-03580-XR Perez Maldonado v. MULLIN et al
256.    5:26-cv-03588-XR Chunzho Canar v. Attorney General of the United States et al
257.    5:26-cv-03591-XR Santivanez v. Warden, South Texas Immigration Processing Center et al
258.    5:26-cv-03604-XR Rincon Mendoza v. BLANCHE et al
259.    5:26-cv-03609-XR Juan Carlos v. Attorney General of the United States et al
260.    5:26-cv-03610-XR Rivas Sanchez v. Attorney General of the United States et al
261.    5:26-cv-03611-XR Gonzalez Munoz v. Warden et al
262.    5:26-cv-03614-XR PADRON-LOPEZ v. Mullin et al
263.    5:26-cv-03622-XR Karimov v. Warden et al
264.    5:26-cv-03623-XR Lugo Parra v. Facility Warden et al
265.    5:26-cv-03625-XR Linares Flores v. Mullin et al
266.    5:26-cv-03629-XR Lainez Zelaya v. U.S. Immigration and Customs Enforcement et al
267.    5:26-cv-03632-XR Sanchez Mendez v. Mayorkas et al
268.    5:26-cv-03633-XR Carreno La Cruz v. Vergara et al
269.    5:26-cv-03646-XR Gutierrez-Orellana v. Blanche et al
270.    5:26-cv-03664-XR Fermin Cairo v. Vergara et al
271.    5:26-cv-03672-XR Moreno Fuentes v. U.S. Department of Homeland Security et al
272.    5:26-cv-03673-XR Espinoza Armendariz v. Warden, South Texas Immigration Processing Center et al
273.    5:26-cv-03676-XR Posada Lugo v. Mullin et al
274.    5:26-cv-03691-XR Dominquez-Velasquez v. Attorney General et al
275.    5:26-cv-03699-XR Aguirre-Bueno v. Blanche et al
276.    5:26-cv-03703-XR Cruz Morales v. BLANCHE et al
277.    5:26-cv-03712-XR Loaiza-Perez v. South Texas Immigration Processing Center et al
278.    5:26-cv-03713-XR Ordonez v. Warden, South Texas Immigration Processing Center et al
279.    5:26-cv-03714-XR Herrera-Gutierrez v. Warden, La Salle County Regional Detention Center et al
280.    5:26-cv-03724-XR Cabrera-Hernandez v. Thompson et al
281.    5:26-cv-03731-XR Posada Lugo v. Warden
282.    5:26-cv-03738-XR Alvarez-Castillo v. Attorney General of the United States et al
283.    5:26-cv-03740-XR Vazquez-Cobas v. Mullin et al
284.    5:26-cv-03750-XR VILLAFUERTE ACOSTA v. LYONS et al
285.    5:26-cv-03756-XR Pacheco Ramos v. Blanche et al
286.    5:26-cv-03766-XR Garcia Rodriguez v. Lyons et al
287.    5:26-cv-03768-XR Hua Cao v. U.S. Immigration and Customs Enforcement et al
288.    5:26-cv-03775-XR Ramirez Calderon v. Lyons et al
289.    5:26-cv-03785-XR Rodriguez Velandia v. Vergara, et al.
290.    5:26-cv-03790-XR Cordero v. Lyons et al
291.    5:26-cv-03793-XR Mairena v. Karnes County Immigration Processing Center et al
292.    5:26-cv-03810-XR GONZALEZ YANEZ v. ORTEGA et al

293.    5:26-cv-03816-XR Fleurimond v. Warde, South Texas Ice Processing Center et al
294.    5:26-cv-03823-XR Gonzales Rivera v. Lyons et al
295.    5:26-cv-03825-XR Uranga Iriarte v. U.S. Immigration and Customs Enforcement et al
296.    5:26-cv-03828-XR Kumar v. U.S. Immigration and Customs Enforcement et al
297.    5:26-cv-03829-XR Saavedra Torres v. Lyons et al
298.    5:26-cv-03831-XR Arias Figueredo v. Vergara et al
299.    5:26-cv-03835-XR Carroz Moran v. Vergara et al
300.    5:26-cv-03836-XR ROIG-Moncada v. South Texas Ice Processing Center et al
301.    5:26-cv-03851-XR Garcia Alejandre v. MULLIN, et al
302.    5:26-cv-03862-XR ORELLANA DIAZ v. MULLIN, et al
303.    5:26-cv-03877-XR Mendoza Vollecillo v. U.S. Department of Homeland Security et al
304.    5:26-cv-03887-XR Quintero Rodriguez v. Attorney General of the United States et al
305.    5:26-cv-03892-XR De La Fuente Martinez v. Mullin et al
306.    5:26-cv-03918-XR Herrera-Lopez v. Mulling et al
307.    5:26-cv-03932-XR Cortez-Chacon v. Warden of the Karnes County Immigration Processing Center, et al
308.    5:26-cv-03934-XR Munoz Gomez v. Karnes County Immigration Processing Center et al
309.    5:26-cv-03936-XR Blanco Guevara v. Karnes County Immigration Processing Center et al
310.    5:26-cv-03938-XR VAZQUEZ LOPEZ v. ORTEGA et al
311.    5:26-cv-03941-XR Zamora-Arau v. Attorney General et al
312.    5:26-cv-03947-XR Zepeda v. U.S. Department of Homeland Security et al
313.    5:26-cv-03955-XR Canales-Sosa v. Warden of South Texas ICE Processing Center, et al.
314.    5:26-cv-03964-XR Zaleta Ramirez v. Blanche et al
315.    5:26-cv-03968-XR Carranza Sanchez v. Vergara et al
316.    5:26-cv-03974-XR Pacheco Manueles v. Blanche et al
317.    5:26-cv-03977-XR Xiuyu v. Vergara et al
318.    5:26-cv-03980-XR Gallardo Duarte v. Vergara et al
319.    5:26-cv-03986-XR Alvarez Barrera v. Warden of Karnes County Immigration Processing Center et al
320.    5:26-cv-03989-XR Gonzalez Araujo v. Warden, Karnes County Immigration Processing Center et al
321.    5:26-cv-04009-XR Rodriguez-Rodriguez v. Blanche et al
322.    5:26-cv-04018-XR Machado Centeno v. Vergara et al
323.    5:26-cv-04019-XR Nava Pineda v. Vergara et al
324.    5:26-cv-04021-XR Suarez Hernandez v. Blanche et al
325.    5:26-cv-04029-XR Renteria Cardenas v. Attorney General et al
326.    5:26-cv-04033-XR Corea-Martinez v. Dtor of the South Texas ICE Processing Center et al
327.    5:26-cv-04035-XR Jin v. Rodriguez, et al.
328.    5:26-cv-04037-XR Cortes Suarez v. Mullin et al
329.    5:26-cv-04040-XR ABREGO CANTARERO v. BLANCHE et al
330.    5:26-cv-04044-XR Alvaro Paquiul Coy v. Ortega et al
331.    5:26-cv-04047-XR Andrade-Resendiz v. Blanche et al
332.    5:26-cv-04059-XR JAIMES-PEREZ v. ORTEGA et al
333.    5:26-cv-04069-XR Rios-Sanchez v. U.S. Immigration and Customs Enforcement et al
334.    5:26-cv-04071-XR Gahatraj v. Blanche et al
335.    5:26-cv-04074-XR Figueredo-Carrasco v. Attorney General of the United States et al
336.    5:26-cv-04080-XR Calderon Hernandez v. Warden, Karnes County Immigration Processing Center et al
337.    5:26-cv-04082-XR Soto-Reza v. Mullin, et al
338.    5:26-cv-04087-XR Lopez Lopez v. Facility Warden et al
339.    5:26-cv-04092-XR Perales Chapa v. Bondi et al

340. 5:26-cv-04093-XR Armas Gutierrez v. Mullin et al
341. 5:26-cv-04094-XR Meza Rodriguez v. Bondi et al
342. 5:26-cv-04105-XR Vazquez de Vielma v. Director, Dilley Immigration Processing Center et al
343. 5:26-cv-04109-XR VELASQUEZ-AMAYA v. BLANCHE et al
344. 5:26-cv-04116-XR Luma v. Blanche, et al
345. 5:26-cv-04120-XR Cermeno y Cermeno v. MULLIN et al
346. 5:26-cv-04125-XR Salinas Castillo v. Warden, et al.
347. 5:26-cv-04126-XR Sotelo Soto v. Warden, et al.
348. 5:26-cv-04141-XR Ariza Martinez v. Blanche, et al
349. 5:26-cv-04142-XR Medina Sierra v. Department of Homeland Security et al
350. 5:26-cv-04148-XR Abreu v. South Texas ICE Processing Center et al
351. 5:26-cv-04151-XR Chavez Badillo v. Vergara et al
352. 5:26-cv-04152-XR Garcia Zamora v. Mullin, et al
353. 5:26-cv-04167-XR Guevara Gonzalez v. Blanche et al
354. 5:26-cv-04171-XR Arzik v. Warden of the Karnes County Immigration Processing Center et al
355. 5:26-cv-04181-XR Escatel Cordero v. Mullin, et al
356. 5:26-cv-04193-XR Villalobos Guevara v. Karnes County Immigration Processing Center
357. 5:26-cv-04203-XR Santana Martinez v. Warden et al
358. 5:26-cv-04217-XR ZAMORA MATOS v. MULLIN et al
359. 5:26-cv-04225-XR Dominguez v. U.S. Immigration and Customs Enforcement et al
360. 5:26-cv-04230-XR HERNANDEZ HERNANDEZ v. Thompson et al